## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BAO NHIA YANG,<br><br>　　　　　　Plaintiff,<br><br>　　　　V.<br><br><br>COMMISSIONER OF SOCIAL SECURITY,<br>　　Defendant. | **ORDER ON APPLICATION TO PROCEED WITHOUT PREPAYMENT OF FEES**<br><br><br><br>CASE NUMBER: 1:20-CV-00573-EPG |

Having considered the application to proceed without prepayment of fees under 28 USC § 1915;

IT IS ORDERED that the application is:

[X]　GRANTED

　　[X]　IT IS FURTHER ORDERED that the clerk issue summons and the United States marshal serve a copy of the complaint, summons and this order upon the defendant(s) as directed by the plaintiff. All costs of service shall be advanced by the United States.

[　]　DENIED, for the following reasons:

ENTERED: September 4, 2020

　　　　　　　　　　　　　　　　　　/s/ Erica P. Grosjean
　　　　　　　　　　　　　United States Magistrate Judge Erica P. Grosjean