PHILLIP A. TALBERT
Acting United States Attorney
DEBORAH L. STACHEL
Regional Chief Counsel
SATHYA OUM
Special Assistant United States Attorney
    Social Security Administration
    160 Spear Street, Suite 800
    San Francisco, CA 94105
    Telephone: (510) 970-4846
    Facsimile: (415) 744-0134
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BAO NHIA YANG,<br><br>        Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>        Defendant. | No. 1:20-cv-00573-EPG<br><br>STIPULATION AND ORDER FOR EXTENSION TO FILE DEFENDANT'S OPPOSITION TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 24) |

    The parties stipulate through counsel that Defendant, the Commissioner of Social Security (the "Commissioner"), shall have an extension of time to file her opposition to Plaintiff's opening brief in this case. In support of this request, the Commissioner respectfully states as follows:

    1.    Primary responsibility for handling this case has been delegated to the Office of the Regional Chief Counsel, Region IX, in San Francisco, California (the "Region IX Office").

    2.    Defendant's response to Plaintiff's opening brief is currently due August 30, 2021. Defendant has not previously requested an extension of time for this deadline.

    3.    The Region IX Office currently handles all district and circuit court litigation

involving the Social Security program arising in Arizona, California, Hawaiʻi, Nevada, and Guam.

4. The Region IX Office employs 47 staff attorneys, of whom 27 handle civil litigation involving the Social Security program in the eight assigned jurisdictions, at least part-time. Between July 15, 2021 and August 14, 2021, the Region IX Office has 247 district court briefs due in the jurisdictions it handles. In addition, the Region IX Office has five appellate cases requiring briefing before the Ninth Circuit Court of Appeals during that period.

5. In addition to this "program" litigation, the 27 staff attorneys in the Region IX Office maintain other workload responsibilities, with most of them dedicating 40 percent or more of their time to these workloads. The Region IX Office provides a full range of legal services as counsel for the Social Security Administration, in a region that covers four states (including the most populous state in the nation) and three territories. These other workloads include employment litigation; civil rights investigations; bankruptcy matters; and requests for legal advice on wide-ranging topics, including employee conduct and performance, reasonable accommodation, hostile work environment, ethics, Privacy Act and disclosure, torts, property, and contracts.

6. The undersigned attorney has 14 briefs due in district court cases over the next month, in addition to managing this office's legal opinion and advice workgroup, which currently has 21 pending legal opinion requests and advice for guidance.

7. Due to the volume of the overall workload within the Region IX Office, neither the undersigned attorney nor another attorney in the Region IX Office anticipate being able to complete briefing by the current due date of August 30, 2021. Therefore, Defendant seeks an extension of 30 days, until September 29, to respond to Plaintiff's opening brief.

8. This request is made in good faith and is not intended to delay the proceedings in this matter.

WHEREFORE, Defendant requests until September 29, 2021, to file her opposition to Plaintiff's opening brief.

|   |   |   |
|---|---|---|
|   | Respectfully submitted, |   |

DATE: August 27, 2021

*/s/ Jonathan Peña*
JONATHAN PEÑA
Attorney for Plaintiff
(as approved via email)

PHILLIP A. TALBERT
Acting United States Attorney

DATE: August 27, 2021        By    *s/ Sathya Oum*
SATHYA OUM
Special Assistant United States Attorney

Attorneys for Defendant

3

**ORDER**

Based on the above stipulation (ECF No. 24), IT IS ORDERED that Defendant shall file the Defendant's opposition to Plaintiff's opening brief no later than September 29, 2021. All other deadlines in the Court's scheduling order are extended accordingly.

IT IS SO ORDERED.

Dated:   **August 27, 2021**                              /s/ Erica P. Grosjean
                                                          UNITED STATES MAGISTRATE JUDGE