Phillip A. Talbert
Acting United States Attorney
DEBORAH LEE STACHEL, CSBN 230138
Regional Chief Counsel, Region IX
Social Security Administration
SATHYA OUM, CSBN 255431
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Telephone: (510) 970-4846
    Facsimile: (415) 744-0134
    E-Mail: Sathya.Oum@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO DIVISION

| | |
|---|---|
| BAO NHIA YANG,<br><br>    Plaintiff,<br><br>vs.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Case No.: 1:20-cv-00573-EPG<br><br>ORDER GRANTING MOTION FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S OPENING BRIEF<br><br>(ECF No. 26) |

    IT IS HEREBY MOVED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Opening Brief be extended twenty-one (21) days from September 29, 2021, up to and including October 20, 2021. The parties previously stipulated to an extension for Defendant to file her response brief, which did not require court approval. This is the parties' first motion for an extension of the Court's Scheduling Order, and Defendant's second extension request.

    Defendant's counsel requests this extension because of conflicts in her schedule, including 14 district court briefs that were due over the last 30 days and 15 district court briefs

due in the next thirty days, and because she requires additional time to discuss settlement with her client.

The parties further move that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: September 28, 2021         /s/ *Jonathan Peña*
                                  Jonathan Peña
                                  Attorney for Plaintiff
                                  *as authorized via e-mail

Dated: September 28, 2021         Phillip A. Talbert
                                  Acting United States Attorney
                                  DEBORAH LEE STACHEL
                                  Regional Chief Counsel, Region IX
                                  Social Security Administration

                         By:      /s/ *Sathya Oum*
                                  Sathya Oum
                                  Special Assistant U.S. Attorney

                                  Attorneys for Defendant

## **ORDER**

Based on the above motion for an extension of time to respond to Plaintiff's opening brief, IT IS ORDERED that the motion (ECF No. 26) is granted. Defendant shall serve Plaintiff with Defendant's response to Plaintiff's opening brief no later than October 20, 2021. All other deadlines in the Court's scheduling order are extended accordingly.
IT IS SO ORDERED.

Dated:   **September 29, 2021**            /s/ *Erica P. Grosjean*
                                           UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28